U.S. Trustee, U.S. Trustee's Office, Phoenix, AZ, for Appellee.

Before: FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

## MEMORANDUM **

Donna M. Boers appeals pro se from the Bankruptcy Appellate Panel's ("BAP") judgment affirming the bankruptcy court's order sua sponte dismissing without prejudice her Chapter 11 petition because she failed to effectuate a confirmable plan of reorganization. We have jurisdiction under 28 U.S.C. § 158. "This court reviews decisions of the BAP de novo, and thus reviews the bankruptcy court's decisions under the same standards used by the BAP." *Arrow Elecs., Inc. v. Justus (In re Kaypro)*, 218 F.3d 1070, 1073 (9th Cir. 2000). We affirm.

Boers's Chapter 11 petition was properly dismissed because she failed to effectuate a confirmable plan of reorganization, which is an enumerated basis for dismissal under 11 U.S.C. § 1112(b)(2). Boers's contention that she was not required to file a confirmable plan because she was unsure of the status of an alleged foreclosure on her real property is without merit.

Because Boers failed to present any legal or factual basis for the motion for reconsideration, the bankruptcy court did not abuse its discretion in denying the motion. *See* Fed. R. Bankr.P. 9023; Fed. R.Civ.P. 59(e).

The record does not support Boers's contention that the United States Trustee and Bankruptcy Judge Curley engaged in ex parte communications.

AFFIRMED.

### Kenneth W. REED, Plaintiff—Appellant,

v.

### State of ARIZONA, real party in interest sued in individual & official capacity; et al., Defendants—Appellees.

### No. 03–15450.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Kenneth W. Reed, pro se, Buckeye, AZ, for Plaintiff–Appellant.

No appearance for Defendants–Appellees.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

## MEMORANDUM **

Kenneth W. Reed appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action pursuant to Fed. R.Civ.P. 41(b) for failure to comply with a court order. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir.1992), and we affirm.

The district court did not abuse its discretion by dismissing Reed's action pursuant to Rule 41(b) because he failed to comply with three court orders mandating that he file an amended complaint. *See id.*

Reed's contention that the district judge was biased lacks merit. *See Leslie v. Grupo ICA,* 198 F.3d 1152, 1160 (9th Cir.1999).

Reed's remaining contentions lack merit.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).